1
2
3
4
5
6
7                        UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10    DAVID SABINO QUAIR, III,                  No.  2:20-cv-0747 JAM DB

11                 Plaintiff,

12          v.                                   ORDER

13    BOARD OF PAROLE HEARINGS, et al.,

14                 Defendants.

15

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

17    U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28

18    U.S.C. § 636(b)(1)(B) and Local Rule 302.

19          On December 10, 2020, the magistrate judge filed findings and recommendations herein

20    which were served on plaintiff and which contained notice to plaintiff that any objections to the

21    findings and recommendations were to be filed within fourteen days.  (ECF No. 7.)  Plaintiff has

22    not filed objections to the findings and recommendations.

23          The court has reviewed the file and finds the findings and recommendations to be

24    supported by the record and by the magistrate judge's analysis.

25    ////

26    ////

27    ////

28    ////

                                               1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 10, 2020, are adopted in full; and

2. This action is dismissed without prejudice.


DATED:  January 27, 2021                    /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE

2